AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Gary Singletary, III )<br>*Petitioner* )<br>v. )<br>Warden Jackson )<br>*Respondent* ) | Civil Action No.    9:21-cv-03055-HMH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Respondent, Warden Jackson. Petitioner, Charles Gary Singletary, III, shall take nothing of Respondent as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed with prejudice. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr, Senior United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge, and granted Respondent's motion for summary judgment.

Date:    December 12, 2022                                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/ A. Snipes
                                                                                                    *Signature of Clerk or Deputy Clerk*